WYRZYKOWSKI *v.* CITY OF HAMTRAMCK.

Costs—Briefs—Companion Cases.
> Where case decided is companion to another case and had identical issues and material facts, costs herein are limited to the costs of the briefs of the respective parties.

Appeal from Wayne; Ferguson (Frank B.), J. Submitted April 12, 1949. (Docket No. 63, Calendar No. 44,304.) Decided May 18, 1949.

Garnishment proceedings by Mary Wyrzykowski against City of Hamtramck, garnishee defendant, and Charles F. Budds, principal defendant. Judgment for defendants. Plaintiff appeals. Affirmed.

*Harry J. Lippman,* for plaintiff.

*Stanley J. Draganski,* for garnishee defendant.

*Julian F. Russell,* for principal defendant.

North, J. In all material respects the facts and the issues of law in this case are identical with those in the companion case, *Wyrzykowski* v. *Budds, ante,* 731, and decision there controls decision here.

Judgment in the circuit court is affirmed. Appellees will have costs but limited to the cost of their respective briefs.

Sharpe, C. J., and Bushnell, Boyles, Reid, Dethmers, Butzel, and Carr, JJ., concurred.